# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

BRANDON WIGGINS

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-104M**

I, **BRANDON WIGGINS**, charged in a complaint pending in this District with **KNOWINGLY POSSESS A FIREARM WHILE BEING A CONVICTED FELON**, in violation of Title **18**, U.S.C., **922(g)(1) and 924(a)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*[Signature]*
Defendant

*[Signature]*
Counsel for Defendant

*June 19, 2008*

F I L E D
JUN 1 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE